CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

12/21/2017

JULIA C. DUDLEY, CLERK
BY: S/J.Vasquez
      DEPUTY CLERK

UNITED STATES DISTRICT COURT
For The
WESTERN DISTRICT OF VIRGINIA
_____

Harrisonburg Division

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY

        Plaintiff

v.                                      Case No.: 5:17-cv-00120

DAVID MICHAEL WILLIAMS, et al.

        Defendants

## MOTION TO APPOINT GUARDIAN *AD LITEM*

COMES NOW Nationwide Mutual Fire Insurance Company, by counsel, and in support of its motion for the appointment of a Guardian *ad litem* to represent the interests of the Defendant David Michael Williams, states as follows:

1. The Defendant David Michael Williams is believed to be a person under disability within the meaning of Section 8.01-2, paragraph 6 of the Code of Virginia, as it is incorporated by Rule 17(b)(3) of the Federal Rules of Civil Procedure, because he is a person who is confined as a result of the conviction of a felony; and

2. A Guardian *ad litem* must be appointed to represent the interests of the Defendant David Michael Williams in this matter in accordance with Rule 17(c)(2) of the Federal Rules of Civil Procedure.

WHEREFORE, your Plaintiff prays that its motion be granted and that a discreet and competent Guardian *ad litem* be appointed to represent the interests of David Michael Williams in this civil action.

NATIONWIDE MUTUAL FIRE INSURANCE COMPANY

By Counsel

_____*/s/ Daniel L. Robey*_____
Daniel L. Robey, Esquire
Virginia State Bar Number: 15531
ROBEY, TEUMER, DRASH, KIMBRELL & COUNTS
3975 Fair Ridge Drive, Suite 410 North
Fairfax, Virginia 22033
(703) 591-7150 - Office
(703) 591-7102 – FAX
email: robeyd@nationwide.com
Counsel for Plaintiff