UNITED STATES DISTRICT COURT
For The
WESTERN DISTRICT OF VIRGINIA
_____

Harrisonburg Division

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY

          Plaintiff

v.                                    Case No.: 5:17-cv-120 (EKD)

DAVID MICHAEL WILLIAMS, et al.

          Defendants

## MOTION TO ENTER ORDER APPOINTING GUARDIAN *AD LITEM*

COMES NOW Nationwide Mutual Fire Insurance Company, by counsel, and in support of its motion for the entry of its proposed Order Appointing Guardian Ad Litem, states as follows:

1. This Court entered an Order Granting Motion To Appoint A Guardian Ad Litem in this civil action on December 28, 2017, wherein the Plaintiff was directed to submit a proposed Order appointing a Guardian *ad litem* for the Defendant David Michael Williams.

2. In compliance with this Court's Order, Nationwide files herewith its proposed Order Appointing Guardian Ad Litem, and hereby moves this Honorable Court to enter the same in this action.

3. Nationwide waives oral argument and moves the Court to entertain this motion upon the pleadings filed.

WHEREFORE, your Plaintiff prays that the Order Appointing Guardian Ad Litem filed herewith be entered.

NATIONWIDE MUTUAL FIRE INSURANCE
COMPANY

By Counsel

_____*/s/ Daniel L. Robey*_____
Daniel L. Robey, Esquire
Virginia State Bar Number: 15531
ROBEY, TEUMER, DRASH, KIMBRELL & COUNTS
3975 Fair Ridge Drive, Suite 410 North
Fairfax, Virginia 22033
(703) 591-7150 - Office
(703) 591-7102 – FAX
email: robeyd@nationwide.com
Counsel for Plaintiff