CLERKS OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

1/17/18

JULIA C. DUDLEY, CLERK
BY:   s/ K. DOTSON
            DEPUTY CLERK

UNITED STATES DISTRICT COURT
For The
WESTERN DISTRICT OF VIRGINIA
_____

Hasrrisonburg Division

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY

        Plaintiff

v.                                                     Case No.:  5:17-cv-120 (EKD)

DAVID MICHAEL WILLIAMS

and

MICHAEL R. WILLIAMS

and

TINA KOSTER, Administrator of
the Estate and Personal Representative of
Brittney Danielle Koster, deceased

        Defendants

## ORDER APPOINTING GUARDIAN *AD LITEM*

THIS CAUSE came to be heard upon motion of the Plaintiff, Nationwide Mutual Fire Insurance Company, for the appointment of a Guardian *ad litem* in accordance with Rule 17(c)(2) of the Federal Rules of Civil Procedure and Section 8.01-9 of the Code of Virginia, to represent the interests of the Defendant David Michael Williams, a person under disability pursuant to Rule 17(b)(3) of the Federal Rules of Civil Procedure and as defined by Section 8.01-2, paragraph 6 of the Code of Virginia, as a person who is confined as a result of the conviction of a felony; and

WHEREAS the motion of the Plaintiff was granted by Order Granting Motion To Appoint A Guardian Ad Litem on December 28, 2017 (Document 5 Filed 12/28/17).

NOW, THEREFORE, upon consideration whereof, it is hereby ORDERED that Jonathan S. Rochkind, Esquire, 9300 West Courthouse Road, Suite 203, Manassas, Virginia 20110, is hereby appointed as Guardian *ad litem* for David Michael Williams in the above-styled action pursuant to Rule 17(c)(2) of the Federal Rules of Civil Procedure; and

IT IS FURTHER ORDERED that all reasonable fees and costs of, by, and for the said Guardian *ad litem* shall be approved by the Court, and shall then be paid by the Plaintiff Nationwide Mutual Insurance Company, which fees and costs approved by the Court and paid by the Plaintiff shall be considered to be Costs Other Than Attorney's Fees in accordance with Rule 54(d)(1) of the Federal Rules of Civil Procedure.

Entered: January 17, 2018.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge


I ASK FOR THIS:


_____*/s/ Daniel L. Robey*_____
Daniel L. Robey, Esquire
Virginia State Bar Number: 15531
ROBEY, TEUMER, DRASH, KIMBRELL & COUNTS
3975 Fair Ridge Drive, Suite 410 North
Fairfax, Virginia  22033
(703) 591-7150 - Office
(703) 591-7102 - FAX
Counsel for Nationwide Mutual Fire Insurance Company